UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00222-FL-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| KEVIN JAY BARNES | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Ex-Parte Sealed Motion, which is docket entry number 46. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 8TH day of April, 2021.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE